In the Matter of the Arbitration between BINGHAMTON CITY SCHOOL DISTRICT et al., Respondents, and BRIAN PEACOCK, Appellant.

Submitted January 8, 2007; decided January 16, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

BLAYLOCK & PARTNERS, L.P., Respondent, v 609 FIFTH AVENUE PARTNERS L.L.C., Appellant, et al., Defendant.

Submitted November 20, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Guardianship of CHANTEL NICOLE R., Appellant. PAMELA R., Respondent; ATTORNEY GENERAL OF THE STATE OF NEW YORK, Intervenor.

Submitted January 8, 2007; decided January 16, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.